NUMBER 13-05-483-CR

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

COBERT FLOWERS,                                                 Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                  On
appeal from the 347th District Court 

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, COBERT FLOWERS,
perfected an appeal from a judgment entered by the 347th
District Court of Nueces County, Texas,  in cause number 05-CR-0483-H.  Appellant has filed a motion to withdraw the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to withdraw
the appeal, is of the opinion that appellant's motion to withdraw the appeal
should be granted.  Appellant's motion to
withdraw the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

Memorandum Opinion
delivered and filed this

the 11th
day of August, 2005.